Illinois Department of Corrections
Food Services
Master Menu

**Fiscal Year 2015**

## Wk 1

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cereal | 2cup | Cold Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal |
| Entrée | 3/4c | Breakfast Gravy | 1/2c | Scrambled Eggs | 4oz | Breakfast Meat | 3ea | Pancakes | 2ea | Hard Boiled Egg | 2ea | French Toast | 1sv | Breakfast Pastry |
| Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk |
| Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice |
| Bread | 1ea | Biscuit | 1ea | Flour Tortilla | 2sl | Wheat Bread | | | 2sl | Wheat Bread | | | | |
| Cond | | | 1/4c | Salsa + 1T Cheese | 2ea | Margarine/Jelly | 1pkt | Syrup | 2ea | Margarine/Jelly | 1pkt | Syrup | | |
| | **MEATBALLS AND GRAVY** | | **GRILLED HOTDOG W/ CHILI** | | **PIZZA BURGER** | | **LASAGNA** | | **BAKED CHICKEN** | | **CHICKEN POT PIE** | | **TEXAS HASH** | |
| Entrée | 4ea | Meatballs | 1ea | Hotdog | 1ea | TC Sausage Patty | 1/2c | Ground Turkey | 1qrt | Baked Chicken | 1/2c | Pulled Chicken | 1/2c | Ground Turkey |
| | 1/4c | Gravy | 1c | Chili | 1T | Marinara Sauce | 1/4c | Tomato Sauce | 1/4c | Gravy | 1/4c | Veggies/Sauce | 1/4c | Veggies/Sauce |
| Starch | 3/4c | Steamed Rice | 3/4c | Potato Rounds | 3/4c | French Fries | 3/4c | Lasagna Noodles | 3/4c | Bread Dressing | 3/4c | Mashed Potatoes | 3/4c | Fresh Potato |
| Veg | 1/2c | Glazed Carrots | 1/2c | Mixed Vegetables | 1/2c | Peas | 1/2c | Florentine Vegs. | 1/2c | Green Beans | 1/2c | Cooked Carrots | 1/2c | Cooked Cabbage |
| Salad | | | | | | | 1c | Lettuce Salad | | | | | | |
| Dessert | 1svg | Fruit | 1svg | Cake | 1svg | Brownie | 1svg | Fruit | 1svg | Cake | 1/2c | Pudding | 1svg | Cookies |
| Bread | 1ea | Dinner Roll | 1ea | Hotdog Bun | 1ea | Hamburger Bun | 1pc | Garlic Bread | 1ea | Dinner Roll | 2sl | Wheat Bread | 1ea | Dinner Roll |
| Cond | 2ea | Margarine | 1pkt | Catsup | 1T | Mozzarella Cheese | 1pkt | Salad Dressing | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond | | | 1pkt | Mustard | 1pkt | Catsup | | | | | | | | |
| | **TURKEY HAM AND BEANS** | | **TACOS** | | **CHICKEN ALA KING** | | **SALSIBURY PATTY** | | **SLOPPY JOE** | | **COUNTRY BREAKFAST** | | **OVEN-BAKED CHICKEN PATTY** | |
| Entrée | 1/2c | Turkey Ham | 1/2c | Taco Meat | 1/2c | Pulled Chicken | 1ea | TC Sausage Patty | 1/2c | Sloppy Joe | 1c | Sausage Gravy | 1ea | Chicken Patty |
| | 1/4c | Sauce | 1T | Shredded Cheddar | 1/4c | Veggies/Sauce | 1/4c | Gravy | | | 1/2c | Scrambled Eggs | | |
| Starch | 3/4c | Pinto Beans | 3/4c | Mexican Rice | 3/4c | Rotini Noodles | 3/4c | Steamed Rice | 3/4c | Potato Salad | 3/4c | Hash Browns | 3/4c | Rotini/Tomatoes |
| Veg | 1/2c | Green Beans | 1/2c | Corn | 1/2c | Broccoli | 1/2c | Peas/Carrots | 1/2c | Baked Beans | 1/2c | Seas. Tomatoes | 1/2c | Corn |
| Salad | | | 1c | Shredded Lettuce | | | | | 1/2c | Coleslaw | | | 1/2c | Beets and Onions |
| Dessert | 1/2c | Gelatin | 1svg | Fruit | 3/4c | Fruit Crisp | 1/2c | Pudding | 1/2c | Gelatin | 1svg | Sherbet | 1/2c | Gelatin |
| Bread | 1pc | Cornbread | 3ea | Corn Shells | 1ea | Dinner Roll | 2sl | Wheat Bread | 1ea | Hamburger Bun | 1ea | Biscuit | 1ea | Hamburger Bun |
| Cond | 2ea | Margarine | 1/4c | Salsa | 2ea | Margarine | 2ea | Margarine | 3ea | Pickle Slices | 1pkt | Catsup | 1pkt | Mayo |
| Cond | | | | | | | | | | | | | | |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3-Aug | 13-Oct | | 18-Oct | 1-Jul | 14-Oct | 2-Jul | 15-Oct | 3-Jul | 16-Oct | 4-Jul | 17-Oct | 5-Jul | 18-Oct |
| | 7-Sep | 16-Nov | 4-Aug | 17-Nov | 5-Aug | 18-Nov | | 19-Nov | 7-Aug | 20-Nov | 8-Aug | 21-Nov | 9-Aug | 21-Nov |
| | | 21-Dec | 8-Sep | 22-Dec | 9-Sep | 23-Dec | 10-Sep | 24-Dec | 11-Sep | 25-Dec | 12-Sep | 26-Dec | 13-Sep | 27-Dec |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 5-Apr | | 6-Apr | | 7-Apr | | 8-Apr | | 9-Apr | | 10-Apr | | 11-Apr |
| | | 10-May | | 11-May | | 12-May | | 13-May | | 14-May | | 15-May | | 16-May |
| | | 14-Jun | | 15-Jun | | 16-Jun | | 17-Jun | | 18-Jun | | 19-Jun | | 20-Jun |

Menu subject to change due to food item(s) availability.

IDOC 007379

Illinois Department of Corrections
Food Services

## Master Menu

Fiscal Year 2015
Wk 2

| | | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cereal | 2cup | Cold Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal |
| Entrée | 3/4c | Breakfast Gravy | 1/2c | Scrambled Eggs | 4oz | Breakfast Meat | 3ea | Pancakes | 2ea | Hard Boiled Egg | 2ea | French Toast | 1sv | Breakfast Pastry |
| Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk |
| Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice |
| Bread | 1ea | Biscuit | 1ea | Flour Tortilla | 2sl | Wheat Bread | | | 2sl | Wheat Bread | | | | |
| Cond | | | 1/4c | Salsa + 1T Cheese | 2ea | Margarine/Jelly | 1pkt | Syrup | 2ea | Margarine/Jelly | 1pkt | Syrup | | |
| | | MEATLOAF | | BBQ MEATBALLS | | GRILLED HOTDOG | | CHICKEN FAJITA | | HAMBURGER PATTY | | FISH PATTY | | CLUB SANDWICH |
| Entrée | 4oz | Meatloaf | 4ea | Meatballs | 1ea | Hotdog | 1/2c | Pulled Chicken | 1ea | Hamburger Patty | 1ea | Fish Patty | 4oz | Bologna/Salami |
| | | | 1/4c | BBQ Sauce | | | 1/4c | Onions/Peppers | 1T | Chopped Onion | | | 1sl | Cheese |
| Starch | 3/4c | Augratin Potatoes | 3/4c | Steamed Rice | 3/4c | Baked Beans | 3/4c | Mexican Rice | 3/4c | French Fries | 3/4c | Macaroni/Cheese | 1svg | Potato Chips |
| Veg | 1/2c | Peas | 1/2c | Green Beans | 1/2c | Florentine Vegs. | 1/2c | Cooked Carrots | 1/2c | Peas/Carrots | 1/2c | Corn | | |
| Salad | | | | | | | | | | | | | 1/2c | Coleslaw |
| Dessert | 1/2c | Sherbet | 1svg | Fruit | 1/2c | Gelatin | 1/2c | Pudding | 1svg | Cake | 1svg | Cookies | 1svg | Fruit |
| Bread | 2sl | Wheat Bread | 1ea | Dinner Roll | 1ea | Hotdog Bun | 1ea | Flour Tortilla | 1ea | Hamburger Bun | 1ea | Hamburger Bun | 2ea | White Bread |
| Cond | 2ea | Margarine | 2ea | Margarine | 2pkt | Catsup | 1/4c | Salsa | 3pkt | Catsup | 1pkt | Tartar Sauce | 1pkt | Mayo/Mustard |
| Cond | 1pkt | Catsup | | | 1pkt | Relish/Mustard | | | 1pkt | Mustard | 1ea | Onion Slice | | |
| | | GRILLED HAM AND CHEESE | | SWISS PATTY | | FRIED CHICKEN | | SLOPPY JOE | | BAKED CHICKEN PATTY | | SPAGHETTI W/ MEAT SAUCE | | TAMALES AND CHILI |
| Entrée | 4oz. | Turkey Ham | 1ea | TC Sausage Patty | 1qrt | Fried Chicken | 1/2c | Sloppy Joe | 1ea | Chicken Patty | 1/2c | Ground Turkey | 2ea | Tamales |
| | 1sl | Cheese | 1/4c | Brown Gravy | 1/4c | Gravy | | | 1/4c | Gravy | 1/4c | Tomato Sauce | 1cup | Chili + 1T Cheese |
| Starch | 3/4c | Potato Salad | 3/4c | Seas. Rotini Ndls. | 3/2c | Mashed Potatoes | 3/4c | Potato Rounds | 3/4c | Fresh Potato | 3/4c | Spaghetti Ndls. | 3/4c | Steamed Rice |
| Veg | | | 1/2c | Cooked Cabbage | 1/2c | Corn | 1/2c | Mixed Vegetables | 1/2c | Broccoli | 1/2c | Green Beans | 1/2c | Cooked Carrots |
| Salad | 1/2c | Zesty Tomato Sld | | | | | | | | | 1c | Lettuce Salad | 1c | Lettuce Salad |
| Dessert | 1svg | Brownie | 3/4c | Fruit Crisp | 1svg | Cake | 1/2c | Gelatin | 1/2c | Pudding | 3/4c | Fruit Crisp | 1/2c | Gelatin |
| Bread | 2sl | White Bread | 1ea | Dinner Roll | 1pc | Cornbread | 1ea | Hamburger Bun | 2sl | Wheat Bread | 1pc | Garlic Bread | 1pkt | Crackers |
| Cond | | | 2ea | Margarine | 2ea | Margarine | 1pkt | Catsup | 2ea | Margarine | 1pkt | Salad Dressing | 1T | Chopped Onion |
| Cond | | | | | | | 3ea | Pickle Slices | | | 1T | Parmesan Cheese | 1pkt | Salad Dressing |

| 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6-Jul | 19-Oct | 7-Jul | 20-Oct | 8-Jul | 21-Oct | 9-Jul | 22-Oct | 10-Jul | 23-Oct | 11-Jul | 24-Oct | 12-Jul | 25-Oct |
| 10-Aug | 23-Nov | 11-Aug | 24-Nov | 12-Aug | 25-Nov | 13-Aug | 26-Nov | 14-Aug | 27-Nov | 15-Aug | 28-Nov | 16-Aug | 29-Nov |
| 14-Sep | 28-Dec | 15-Sep | 29-Dec | 16-Sep | 30-Dec | 17-Sep | 31-Dec | 18-Sep | | 19-Sep | | 20-Sep | |
| 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | 12-Apr | | 13-Apr | | 14-Apr | | 15-Apr | | 16-Apr | | 17-Apr | | 18-Apr |
| 17-May | | 18-May | | 19-May | | 20-May | | 21-May | | 22-May | | 23-May |
| 21-Jun | | 22-Jun | | 23-Jun | | 24-Jun | | 25-Jun | | 26-Jun | | 27-Jun |

Menu subject to change due to food item(s) availability.

IDOC 007380

Illinois Department of Corrections
Food Services
Master Menu

Fiscal Year 2015
Wk 3

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cereal | 2cup | Cold Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal |
| Entrée | 3/4c | Breakfast Gravy | 1/2c | Scrambled Eggs | 4oz | Breakfast Meat | 3ea | Pancakes | 2ea | Hard Boiled Egg | 2ea | French Toast | 1sv | Breakfast Pastry |
| Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk |
| Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice |
| Bread | 1ea | Biscuit | 1ea | Flour Tortilla | 2sl | Wheat Bread | | | 2sl | Wheat Bread | | | | |
| Cond | | | 1/4c | Salsa + 1T Cheese | 2ea | Margarine/Jelly | 1pkt | Syrup | 2ea | Margarine/Jelly | 1pkt | Syrup | | |

| | BBQ CHICKEN | | TURKEY HAM | | FRIED RICE | | CHICKEN NUGGETS | | SAVORY STEW | | TACO | | SAUSAGE PATTY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entrée | 1qrt | BBQ Chicken | 4oz | Turkey Ham | 1/2c | Cooked Meat | 4oz | Chicken Nuggets | 1/2c | Stew Meat | 1/2c | Taco Meat | 1ea | TC Sausage Patty |
| | | | | | | | | | 1/4c | Veggies/Sauce | 1T | Shredded Cheddar | | |
| Starch | 3/4c | Scalloped Potatoes | 3/4c | Fresh Potato | 3/4c | Steamed Rice | 3/4c | Mashed Potatoes | 3/4c | Steamed Rice | 3/4c | Red Beans/Rice | 3/4c | French Fries |
| Veg | 1/2c | Broccoli | 1/2c | Cooked Cabbage | 1/2c | Corn | 1/2c | Green Beans | 1/2c | Cooked Carrots | 1/2c | Corn | 1/2c | Peas |
| Salad | | | | | | | | | | | 1c | Shredded Lettuce | 1/2c | Beets and Onions |
| Dessert | 1svg | Cake | 1/2c | Gelatin | 1svg | Brownie | 1svg | Cookies | 1svg | Fruit | 1/2c | Pudding | 1svg | Cake |
| Bread | 1ea | Dinner Roll | 2sl | Wheat Bread | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Biscuit | 3ea | Corn Shells | 1ea | Hamburger Bun |
| Cond | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2pkt | Ranch Dressing | 2ea | Margarine | 1/4c | Salsa | 3pkt | Catsup |
| Cond | | | | | | | 2ea | Margarine | 1pkt | Jelly | | | 1pkt | Mustard |

| | POLISH SAUSAGE | | COUNTRY BREAKFAST | | PIZZA | | MOSTACCIOLI W/ MEAT SAUCE | | GRILLED CHEESE AND WHITE CHILI | | SWEET 'N SOUR CHICKEN | | CHICKEN PARMESAN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entrée | 1ea | Polish Sausage | 1c | Sausage Gravy | 1ea | Pizza | 1/2c | Ground Turkey | 2sl | Cheese | 1/2c | Pulled Chicken | 1ea | Chicken Patty |
| | 1T | Grilled Onions | 1/2c | Scrambled Eggs | | | 1/4c | Marinara Sauce | 1c | White Chili | 1/4c | Veggies/Sauce | 1/4c | Marinara Sauce |
| Starch | 3/4c | Baked Beans | 3/4c | Hash Browns | 3/4c | Pasta Salad | 3/4c | Mostaccioli Ndls | 3/4c | Potato Rounds | 3/4c | Steamed Rice | 3/4c | Spaghetti Ndls. |
| Veg | | | | | 1/2c | Florentine Vegs. | 1/2c | Mixed Vegetables | | | 1/2c | Peas/Carrots | 1/2c | Green Beans |
| Salad | 1/2c | Coleslaw | 1/2c | Zesty Tomato Sld | 1c | Lettuce Salad | | | 1c | Lettuce Salad | | | | |
| Dessert | 1/2c | Sherbet | 1/2c | Pudding | 1svg | Fruit | 3/4c | Fruit Crisp | 1/2c | Gelatin | 1svg | Fruit | 1/2c | Gelatin |
| Bread | 1ea | Hotdog Bun | 1ea | Biscuit | 1pkt | Salad Dressing | 1pc | Garlic Bread | 2sl | White Bread | 1ea | Dinner Roll | 2sl | Wheat Bread |
| Cond | 1pkt | Mustard/Catsup | 1pkt | Catsup | | | 1T | Shredded Mozz. | 1pkt | Catsup | 2ea | Margarine | 2ea | Margarine |
| Cond | | | | | | | | | 1pkt | Salad Dressing | | | 1T | Parmesan Cheese |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13-Jul | 26-Oct | 14-Jul | 27-Oct | 15-Jul | 28-Oct | 16-Jul | 29-Oct | 17-Jul | 30-Oct | 18-Jul | 31-Oct | 19-Jul | 1-Nov |
| | 17-Aug | 30-Nov | 18-Aug | 1-Dec | 19-Aug | 2-Dec | 20-Aug | 3-Dec | 21-Aug | 4-Dec | 22-Aug | 5-Dec | 23-Aug | 6-Dec |
| | 21-Sep | | 22-Sep | | 23-Sep | | 24-Sep | | 25-Sep | | 26-Sep | | 27-Sep | |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 19-Apr | | 20-Apr | | 21-Apr | | 22-Apr | | 23-Apr | | 24-Apr | | 25-Apr |
| | | 24-May | | 25-May | | 26-May | | 27-May | | 28-May | | 29-May | | 30-May |
| | | 28-Jun | | 29-Jun | | 30-Jun | | | | | | | | |

Menu subject to change due to food item(s) availability.

IDOC 007381

Illinois Department of Corrections
Food Services
Master Menu

Fiscal Year 2015
Wk 4

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cereal | 2cup | Cold Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal | 1cup | Hot Cereal |
| Entrée | 3/4c | Breakfast Gravy | 1/2c | Scrambled Eggs | 4oz | Breakfast Meat | 3ea | Pancakes | 2ea | Hard Boiled Egg | 2ea | French Toast | 1sv | Breakfast Pastry |
| Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk | 16oz | Milk |
| Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice | 4oz | 100% Juice |
| Bread | 1ea | Biscuit | 1ea | Flour Tortilla | 2sl | Wheat Bread | | | 2sl | Wheat Bread | | | | |
| Cond | | | 1/4c | Salsa + 1T Cheese | 2ea | Margarine/Jelly | 1pkt | Syrup | 2ea | Margarine/Jelly | 1pkt | Syrup | | |

| | CREAMED CHICKEN | | HAMBURGER PATTY | | BUFFALO CHICKEN PATTY | | OVEN-FRIED CHICKEN | | GRILLED HOTDOG | | SPAGHETTI W/ MEAT SAUCE | | CLUB SANDWICH | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entrée | 1/2c | Pulled Chicken | 1ea | Hamburger Patty | 1ea | Chicken Patty | 1qrt | OF Chicken | 1ea | Hotdog | 1/2c | Ground Turkey | 4oz | Bologna/Salami |
| | 1/4c | Creamed Sauce | | | 1/4c | Buffalo Sauce | 1/4c | Gravy | | | 1/4c | Tomato Sauce | 1sl | Cheese |
| Starch | 3/4c | Mashed Potatoes | 3/4c | French Fries | 3/4c | Seas. Pinto Beans | 3/4c | Steamed Rice | 3/4c | Potato Rounds | 3/4c | Spaghetti Ndls. | 3/4c | Pasta Salad |
| Veg | 1/2c | Corn | 1/2c | Broccoli | 1/2c | Mixed Vegetables | 1/2c | Peas | 1/2c | Baked Beans | 1/2c | Corn | | |
| Salad | | | | | | | 1c | Lettuce Salad | | | | | 1/2c | Marinated Bean Sld |
| Dessert | 1/2c | Pudding | 1svg | Cookies | 1/2c | Gelatin | 1svg | Cake | 1/2c | Gelatin | 3/4c | Fruit Crisp | 1svg | Fruit |
| Bread | 1ea | Biscuit | 1ea | Hamburger Bun | 1ea | Hamburger Bun | 1ea | Dinner Roll | 1ea | Hotdog Bun | 1pc | Garlic Bread | 2sl | White Bread |
| Cond | 2ea | Margarine | 3pkt | Catsup | | | 2ea | Margarine | 2pkt | Catsup | 1T | Parmesan Cheese | 1pkt | Mayo/Mustard |
| Cond | | | 1pkt | Mustard | | | 1pkt | Salad Dressing | 1pkt | Mustard/Relish | | | | |

| | SLOPPY JOE | | TURKEY HAM | | MEATBALL SUB | | GRILLED HAM AND CHEESE | | GOULASH | | FISH PATTY | | BURRITO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entrée | 1/2c | Sloppy Joe | 4oz | Turkey Ham | 4ea | Meatballs | 4oz | Turkey Ham | 1/2c | Ground Turkey | 1ea | Fish Patty | 1/2c | Burrito Meat |
| | | | | | 1/4c | Marinara Sauce | 1sl | Cheese | 1/4c | Sauce | | | 1T | Cheddar Cheese |
| Starch | 3/4c | Fresh Potatoes | 3/4c | Red Beans/Rice | 3/4c | Seas. Rotini Ndls. | 3/4c | Potato Salad | 3/4c | Macaroni | 3/4c | Baked Beans | 3/4c | Seas. Pinto Beans |
| Veg | 1/2c | Green Beans | 1/2c | Cooked Carrots | 1/2c | Cooked Cabbage | 1/2c | Peas/Carrots | 1/2c | Green Beans | 1/2c | Seas. Tomatos | 1/2c | Florentine Vegs. |
| Salad | | | 1c | Lettuce Salad | | | | | | | | | | |
| Dessert | 1svg | Brownie | 1/2c | Pudding | 1svg | Fruit | 1/2c | Sherbet | 1svg | Fruit | 1/2c | Gelatin | 1svg | Cake |
| Bread | 1ea | Hamburger Bun | 1pc | Cornbread | 1ea | Hotdog Bun | 2sl | White Bread | 1ea | Dinner Roll | 1ea | Hamburger Bun | 1ea | Flour Tortilla |
| Cond | 2ea | Margarine | 2ea | Margarine | 1/4c | Peppers/Onions | | | 2ea | Margarine | 1pkt | Tartar Sauce | 1/4c | Salsa |
| Cond | 3ea | Pickle Slices | 1pkt. | Salad Dressing | | | | | | | 3ea | Pickle Slices | | |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20-Jul | | 21-Jul | | 22-Jul | | 23-Jul | 1-Oct | 24-Jul | 2-Oct | 25-Jul | 3-Oct | 26-Jul | 4-Oct |
| | 24-Aug | 2-Nov | 25-Aug | 3-Nov | 26-Aug | 4-Nov | 27-Aug | 5-Nov | 28-Aug | 6-Nov | 29-Aug | 7-Nov | 30-Aug | 5-Nov |
| | 28-Sep | 7-Dec | 29-Sep | 8-Dec | 30-Sep | 9-Dec | | 10-Dec | | 11-Dec | | 12-Dec | | 13-Dec |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 26-Apr | | 27-Apr | | 28-Apr | | 29-Apr | | 30-Apr | | 1-May | | 2-May |
| | | 31-May | | | | | | | | | | | | |
| | | | | 1-Jun | | 2-Jun | | 3-Jun | | 4-Jun | | 5-Jun | | 6-Jun |

Menu subject to change due to food item(s) availability.

IDOC 007382

Illinois Department of Corrections
Food Services
Master Menu

Fiscal Year 2015 — Wk 5

### Breakfast

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| Cereal | 2cup Cold Cereal | 1cup Hot Cereal | 1cup Hot Cereal | 1cup Hot Cereal | 1cup Hot Cereal | 1cup Hot Cereal | 1cup Hot Cereal |
| Entrée | 3/4c Breakfast Gravy | 1/2c Scrambled Eggs | 4oz Breakfast Meat | 3ea Pancakes | 2ea Hard Boiled Egg | 2ea French Toast | 1sv Breakfast Pastry |
| Milk | 16oz Milk | 16oz Milk | 16oz Milk | 16oz Milk | 16oz Milk | 16oz Milk | 16oz Milk |
| Juice | 4oz 100% Juice | 4oz 100% Juice | 4oz 100% Juice | 4oz 100% Juice | 4oz 100% Juice | 4oz 100% Juice | 4oz 100% Juice |
| Bread | 1ea Biscuit | 1ea Flour Tortilla | 2sl Wheat Bread | | 2sl Wheat Bread | | |
| Cond | | 1/4c Salsa + 1T Cheese | 2ea Margarine/Jelly | 1pkt Syrup | 2ea Margarine/Jelly | 1pkt Syrup | |

### Lunch

| | ROAST PORK/ TURKEY HAM | HORSESHOE | TAMALES AND CHILI | GRILLED CHEESE TOMATO SOUP | POLISH SAUSAGE | CHICKEN NUGGETS | PIZZA WRAP |
|---|---|---|---|---|---|---|---|
| Entrée | 4oz Rst. Pork/T.Ham | 1ea TC Sausage Patty | 2ea Tamales | 2sl American Cheese | 1ea Polish Sausage | 4oz Chicken Nuggets | 1/2c Ground Turkey |
| | 1/4c Gravy | 1/4c Cheese Sauce | 1c Chili + 1T Cheese | 1c Tomato Soup | 1T Chopped Onion | | 1/4c Pizza Sauce |
| Starch | 3/4c Bread Dressing | 3/4c French Fries | 3/4c Steamed Rice | 3/4c Potato Salad | 3/4c Scalloped Potatoes | 3/4c Rotini/Tomatoes | 3/4c Seasoned Rice |
| Veg | 1/2c Green Beans | 1/2c Broccoli | | 1/2c Mixed Vegetables | 1/2c Cooked Cabbage | | 1/2c Peas/Carrots |
| Salad | | | 1/2c Zesty Tomato Sld | | | 1/2c Coleslaw | 1c Lettuce Salad |
| Dessert | 1/2c Fruit Crisp | 1svg Cookies | 1/2c Gelatin | 1/2c Pudding | 1/2c Gelatin | 1svg Fruit | 1svg Cake |
| Bread | 1ea Dinner Roll | 2sl White Bread | 1pkt Crackers | 2sl White Bread | 1ea Hotdog Bun | 2sl Wheat Bread | 1ea Flour Tortilla |
| Cond | 2ea Margarine | | 1T Chopped Onions | 1pkt Crackers | 1pkt Mustard | 2ea Margarine | 1pkt Salad Dressing |
| Cond | | | 3ea Pickle Slices | | 1pkt Relish | 2pkt Ranch Dressing | 1T Shredded Mozz. |

### Dinner

| | TACOS | BAKED CHICKEN | TATOR TOT CASSEROLE | CHICKEN PATTY | MEATLOAF | CHEESEBURGER MAC | CHICKEN AND NOODLES |
|---|---|---|---|---|---|---|---|
| Entrée | 1/2c Taco Meat | 1qrt Baked Chicken | 1/2c Ground Turkey | 1ea Chicken Patty | 4oz Meatloaf | 1/2c Ground Turkey | 1/2c Pulled Chicken |
| | 1T Shredded Cheddar | 1/4c Gravy | 1/4c Sauce | 1/4c Gravy | 1/4c Gravy | 1/4c Cheese Sauce | 1/2c Sauce |
| Starch | 3/4c Red Beans/Rice | 3/4c Mashed Potatoes | 3/4c Potato Rounds | 3/4c Steamed Rice | 3/4c Mashed Potatoes | 3/4c Macaroni | 3/4c Rotini Noodles |
| Veg | 1/2c Corn | 1/2c Cooked Carrots | 1/2c Peas | 1/2c Florentine Vegs. | 1/2c Corn | 1/2c Broccoli | 1/2c Green Beans |
| Salad | 1c Shredded Lettuce | | 1c Lettuce Salad | | | | |
| Dessert | 1/2c Gelatin | 1ea Sherbet | 1svg Cake | 1svg Fruit | 1svg Brownie | 1/2c Pudding | 1svg Fruit |
| Bread | 3ea Corn Shells | 1ea Dinner Roll | 1ea Dinner Roll | 2sl Wheat Bread | 2sl Wheat Bread | 1ea Dinner Roll | 1ea Dinner Roll |
| Cond | 1/4c Salsa | 2ea Margarine | 2ea Margarine | 2ea Margarine | 2ea Margarine | 2ea Margarine | 2ea Margarine |
| Cond | | | 1pkt Salad Dressing | | | | |

### Week Dates

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| 1st | 27-Jul / 31-Aug | 28-Jul / 1-Sep | 29-Jul / 2-Sep | 30-Jul / 3-Sep | 31-Jul / 4-Sep | 1-Aug / 5-Sep | 2-Aug / 6-Sep |
| 2nd | 5-Oct / 9-Nov / 14-Dec | 6-Oct / 10-Nov / 15-Dec | 7-Oct / 11-Nov / 16-Dec | 8-Oct / 12-Nov / 17-Dec | 9-Oct / 13-Nov / 18-Dec | 10-Oct / 14-Nov / 19-Dec | 11-Oct / 15-Nov / 20-Dec |
| 3rd | | | | | | | |
| 4th | 3-May / 7-Jun | 14-Jun / 15-Feb / 4-May / 8-Jun | 20-Jan / 24-Feb / 5-May / 9-Jun | 21-Jan / 1-Apr / 6-May / 10-Jun | 22-Jan / 25-Feb / 2-Apr / 7-May / 11-Jun | 23-Jan / 3-Apr / 8-May / 12-Jun | 24-Jan / 25-Feb / 4-Apr / 9-May / 13-Jun |

Menu subject to change due to food item(s) availability.

IDOC 007383

Illinois Department of Corrections
Food Services

## Master Menu - Two Meals

**Fiscal Year 2015** — **Wk 5**

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROAST PORK/TURKEY HAM | | HORSESHOE | | TAMALES AND CHILI | | GRILLED CHEESE AND TOMATO SOUP | | POLISH SAUSAGE | | CHICKEN NUGGETS | | PIZZA WRAP | |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk |
| Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice |
| Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal |
| Entrée | 4oz | Rst. Pork/T.Ham | 1ea | TC Sausage Patty | 2ea | Tamales | 2sl | American Cheese | 1ea | Polish Sausage | 4oz | Chicken Nuggets | 1/2c | Ground Turkey |
| | 1/4c | Gravy | 1/4c | Cheese Sauce | 1c | Chili + 1T Cheese | 1c | Tomato Soup | 1T | Chopped Onion | | | 1/4c | Pizza Sauce |
| Starch | 1c | Bread Dressing | 1c | French Fries | 1c | Steamed Rice | 1c | Potato Salad | 1c | Scalloped Potatoes | 1c | Rotini/Tomatoes | 1c | Seasoned Rice |
| Veg. | 3/4c | Green Beans | 3/4c | Broccoli | | | 3/4c | Mixed Vegetables | 3/4c | Cooked Cabbage | | | 3/4c | Peas/Carrots |
| Salad | | | | | 1/2c | Zesty Tomato Sld | | | | | 1/2c | Coleslaw | 1c | Lettuce Salad |
| Dessert | 1/2c | Fruit Crisp | 1svg | Cookies | 1/2c | Gelatin | 1/2c | Pudding | 1/2c | Gelatin | 1svg | Fruit | 1svg | Cake |
| Bread | 2ea | Dinner Roll | 2sl | White Bread | 1pkt | Crackers | 2sl | White Bread | 1ea | Hotdog Bun | 2sl | Wheat Bread | 1ea | Flour Tortilla |
| Bread | 4ea | Margarine | 1ea | Dinner Roll | 1ea | Dinner Roll | 2pkt | Crackers | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Cond. | | | 2ea | Margarine | 2ea | Margarine | 3ea | Pickle Slices | 2ea | Margarine | 4ea | Margarine | 2ea | Margarine |
| Cond. | | | | | 1T | Chopped Onion | | | 1pkt | Mustard | 2pkt | Ranch Dressing | 1pkt | Salad Dressing |
| | | | | | | | | | 1pkt | Relish | | | 1T | Shredded Mozz. |
| | TACOS | | BAKED CHICKEN | | TATOR TOT CASSEROLE | | CHICKEN PATTY | | MEATLOAF | | CHEESEBURGER MAC | | CHICKEN AND NOODLES | |
| Entrée | 1/2c | Taco Meat | 1qrt | Baked Chicken | 1/2c | Ground Turkey | 1ea | Chicken Patty | 4oz | Meatloaf | 1/2c | Ground Turkey | 1/2c | Pulled Chicken |
| | 1T | Shredded Cheddar | 1/4c | Gravy | 1/4c | Sauce | 1/4c | Gravy | 1/4c | Gravy | 1/4c | Cheese Sauce | 1/2c | Sauce |
| Starch | 1c | Red Beans/Rice | 1c | Mashed Potatoes | 1c | Potato Rounds | 1c | Steamed Rice | 1c | Mashed Potatoes | 1c | Marcaroni | 1c | Rotini Noodles |
| Veg. | 3/4c | Corn | 3/4c | Cooked Carrots | 3/4c | Peas | 3/4c | Florentine Vegs. | 3/4c | Corn | 3/4c | Broccoli | 3/4c | Green Beans |
| Salad | 1c | Shredded Lettuce | | | 1c | Lettuce Salad | | | | | | | | |
| Dessert | 1/2c | Gelatin | 1ea | Sherbet | 1svg | Cake | 1svg | Fruit | 1svg | Brownie | 1/2c | Pudding | 1svg | Fruit |
| Bread | 3ea | Corn Shells | 1ea | Dinner Roll | 1ea | Dinner Roll | 2sl | Wheat Bread | 2sl | Wheat Bread | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk |
| Cond. | 1/4c | Salsa | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond. | | | | | 1pkt | Salad Dressing | | | | | | | | |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27-Jul | 5-Oct | 28-Jul | 6-Oct | 29-Jul | 7-Oct | 30-Jul | 8-Oct | 31-Jul | 9-Oct | 1-Aug | 10-Oct | 2-Aug | 11-Oct |
| | 31-Aug | 9-Nov | 1-Sep | 10-Nov | 2-Sep | 11-Nov | 3-Sep | 12-Nov | 4-Sep | 13-Nov | 5-Sep | 14-Nov | 6-Sep | 15-Nov |
| | | 14-Dec | | 15-Dec | | 16-Dec | | 17-Dec | | 18-Dec | | 19-Dec | | 20-Dec |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 3-May | | 4-May | | 5-May | | 1-Apr | | 2-Apr | | 3-Apr | | 4-Apr |
| | | 7-Jun | | 8-Jun | | 9-Jun | | 6-May | | 7-May | | 8-May | | 9-May |
| | | | | | | | | 10-Jun | | 11-Jun | | 12-Jun | | |

Menu subject to change due to food item(s) availability.

IDOC 007384

Illinois Department of Corrections
Food Services

**Master Menu - Two Meals**

Fiscal Year 2015

Wk 2

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MEATLOAF | | BBQ MEATBALLS | | GRILLED HOTDOG | | CHICKEN FAJITA | | HAMBURGER PATTY | | FISH PATTY | | CLUB SANDWICH | |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk |
| Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice |
| Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal |
| Entrée | 4oz | Meatloaf | 4ea | Meatballs | 1ea | Hotdog | 1/2c | Pulled Chicken | 1ea | Hamburger Patty | 1ea | Fish Patty | 4oz | Bologna/Salami |
| | | | 1/4c | BBQ Sauce | | | 1/4c | Onions/Peppers | 1T | Chopped Onion | | | 1sl | Cheese |
| Starch | 1c | Augratin Potatoes | 1c | Steamed Rice | 1c | Baked Beans | 1c | Mexican Rice | 1c | French Fries | 1c | Macaroni/Cheese | 1svg | Potato Chips |
| Veg. | 3/4c | Peas | 3/4c | Green Beans | 3/4c | Florentine Vegs. | 3/4c | Cooked Carrots | 3/4c | Peas/Carrots | 3/4c | Corn | | |
| Salad | | | | | | | | | | | | | 1/2c | Coleslaw |
| Dessert | 1/2c | Sherbet | 1svg | Fruit | 1/2c | Gelatin | 1/2c | Pudding | 1svg | Cake | 1svg | Cookies | 1svg | Fruit |
| Bread | 2sl | Wheat Bread | 2ea | Dinner Roll | 1ea | Hotdog Bun | 1ea | Flour Tortilla | 1ea | Hamburger Bun | 1ea | Hamburger Bun | 2ea | White Bread |
| Bread | 1ea | Dinner Roll | | | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Cond. | 4ea | Margarine | 4ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond. | 1pkt | Catsup | | | 2pkt | Catsup | 1/4c | Salsa | 3pkt | Catsup | 1pkt | Tartar Sauce | 1pkt | Mayo/Mustard |
| | | | | | 1pkt | Relish/Mustard | | | 1pkt | Mustard | 1ea | Onion Slice | | |
| | GRILLED HAM AND CHEESE | | SWISS PATTY | | FRIED CHICKEN | | SLOPPY JOE | | BAKED CHICKEN PATTY | | SPAGHETTI W/ MEAT SAUCE | | TAMALES AND CHILI | |
| Entrée | 4oz. | Turkey Ham | 1ea | TC Sausage Patty | 1qrt | Fried Chicken | 1/2c | Sloppy Joe | 1ea | Chicken Patty | 1/2c | Ground Turkey | 2ea | Tamales |
| | 1sl | Cheese | 1/4c | Brown Gravy | 1/4c | Gravy | | | 1/4c | Gravy | 1/4c | Tomato Sauce | 1c | Chili + 1T Cheese |
| Starch | 1c | Potato Salad | 1c | Seas. Rotini Ndls. | 1c | Mashed Potatoes | 1c | Potato Rounds | 1c | Fresh Potato | 1c | Spaghetti Ndls. | 1c | Steamed Rice |
| Veg. | | | 3/4c | Cooked Cabbage | 3/4c | Corn | 3/4c | Mixed Vegetables | 3/4c | Broccoli | 3/4c | Green Beans | 3/4c | Cooked Carrots |
| Salad | 1/2c | Zesty Tomato Sld | | | | | | | | | 1c | Lettuce Salad | 1c | Lettuce Salad |
| Dessert | 1svg | Brownie | 3/4c | Fruit Crisp | 1svg | Cake | 1/2c | Gelatin | 1/2c | Pudding | 3/4c | Fruit Crisp | 1/2c | Gelatin |
| Bread | 2sl | White Bread | 1ea | Dinner Roll | 1pc | Cornbread | 1ea | Hamburger Bun | 2sl | Wheat Bread | 1pc | Garlic Bread | 1pkt | Crackers |
| Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk |
| Cond. | | | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 1pkt | Catsup | 2ea | Margarine | 1pkt | Salad Dressing | 1pkt | Salad Dressing |
| Cond. | | | | | | | 3ea | Pickle Slices | | | 1T | Parmesan Cheese | 1T | Chopped Onion |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6-Jul | 19-Oct | 7-Jul | 20-Oct | 8-Jul | 21-Oct | 9-Jul | 22-Oct | 10-Jul | 23-Oct | 11-Jul | 24-Oct | 12-Jul | 25-Oct |
| | 10-Aug | 16-Nov | 11-Aug | 24-Nov | 12-Aug | 25-Nov | 13-Aug | 26-Nov | 14-Aug | 27-Nov | 15-Aug | 28-Nov | 12-Jul | 29-Nov |
| | 14-Sep | 28-Dec | 15-Sep | 29-Dec | 16-Sep | 30-Dec | 17-Sep | 31-Dec | 18-Sep | | 19-Sep | | 20-Sep | |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 12-Apr | | 13-Apr | | 14-Apr | | 15-Apr | | 16-Apr | | 17-Apr | | 18-Apr |
| | | 17-May | | 18-May | | 19-May | | 20-May | | 21-May | | 22-May | | 23-May |
| | | 21-Jun | | 22-Jun | | 23-Jun | | 24-Jun | | 25-Jun | | 26-Jun | | |

Menu subject to change due to food item(s) availability.

IDOC 007385

Illinois Department of Corrections
Food Services

**Fiscal Year 2015** — Master Menu - Two Meals

**Wk 3**

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BBQ CHICKEN | | COUNTRY BREAKFAST | | FRIED RICE | | CHICKEN NUGGETS | | SAVORY STEW | | TACO | | SAUSAGE PATTY | |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk |
| Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice |
| Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal |
| Entrée | 1qrt | BBQ Chicken | 1c | Sausage Gravy | 1/2c | Cooked Meat | 4oz | Chicken Nuggets | 1/2c | Stew Meat | 1/2c | Taco Meat | 1ea | TC Sausage Patty |
| | | | 1/2c | Scrambled Eggs | | | | | 1/4c | Veggies/Sauce | 1T | Shredded Cheddar | | |
| Starch | 1c | Scalloped Potatoes | 1c | Hash Browns | 1c | Steamed Rice | 1c | Mashed Potatoes | 1c | Steamed Rice | 1c | Red Beans/Rice | 1c | French Fries |
| Veg. | 3/4c | Broccoli | 3/4c | Zesty Tomato Sld | 3/4c | Corn | 3/4c | Green Beans | 3/4c | Cooked Carrots | 3/4c | Corn | 3/4c | Peas |
| Salad | | | | | | | | | | | 1c | Shredded Lettuce | 1/2c | Beets and Onions |
| Dessert | 1svg | Cake | 1/2c | Gelatin | 1svg | Brownie | 1svg | Cookies | 1svg | Fruit | 1/2c | Pudding | 1svg | Cake |
| Bread | 2ea | Dinner Roll | 1ea | Biscuit | 2ea | Dinner Roll | 2ea | Dinner Roll | 1ea | Biscuit | 3ea | Corn Shells | 1ea | Hamburger Bun |
| Bread | | | 1ea | Dinner Roll | | | | | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Cond. | 4ea | Margarine | 2ea | Margarine/Jelly | 4ea | Margarine | 4ea | Margarine | 4ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond. | | | 1pkt | Catsup | | | 2pkt | Ranch Dressing | 1pkt | Jelly | 1/4c | Salsa | 3pkt | Catsup |
| | | | | | | | | | | | | | 1pkt | Mustard |
| | POLISH SAUSAGE | | TURKEY HAM | | PIZZA | | MOSTACCIOLI W/ MEAT SAUCE | | GRILLED CHEESE AND WHITE CHILI | | SWEET 'N SOUR CHICKEN | | CHICKEN PARMESAN | |
| Entrée | 1ea | Polish Sausage | 4oz | Turkey Ham | 1ea | Pizza | 1/2c | Ground Turkey | 2sl | Cheese | 1/2c | Pulled Chicken | 1ea | Chicken Patty |
| | 1T | Grilled Onions | | | | | 1/4c | Marinara Sauce | 1c | White Chili | 1/4c | Veggies/Sauce | 1/4c | Marinara Sauce |
| Starch | 1c | Baked Beans | 3/4c | Fresh Potato | 1c | Pasta Salad | 1c | Mostaccioli Ndls | 1c | Potato Rounds | 1c | Steamed Rice | 1c | Spaghetti Ndls. |
| Veg. | | | 3/4c | Cooked Cabbage | 3/4c | Florentine Vegs. | 3/4c | Mixed Vegetables | | | 3/4c | Peas/Carrots | 3/4c | Green Beans |
| Salad | 1/2c | Coleslaw | | | 1c | Lettuce Salad | | | 1c | Lettuce Salad | | | | |
| Dessert | 1/2c | Sherbet | 1/2c | Pudding | 1svg | Fruit | 3/4c | Fruit Crisp | 1/2c | Gelatin | 1svg | Fruit | 1/2c | Gelatin |
| Bread | 1ea | Hotdog Bun | 2sl | Wheat Bread | 1pkt | Salad Dressing | 1pc | Garlic Bread | 2sl | White Bread | 1ea | Dinner Roll | 2sl | Wheat Bread |
| Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk |
| Cond. | 1pkt | Mustard | 2ea | Margarine | 1pkt | Salad Dressing | 1T | Shredded Mozz. | 1pkt | Catsup | 2ea | Margarine | 2ea | Margarine |
| Cond. | 1pkt | Catsup | | | | | | | 1pkt | Salad Dressing | | | 1T | Parmesan Cheese |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 13-Jul | 26-Oct | 14-Jul | 27-Oct | 15-Jul | 28-Oct | 16-Jul | 29-Oct | 17-Jul | 30-Oct | 18-Jul | 31-Oct | 19-Jul | 1-Nov |
| | 17-Aug | 30-Nov | 18-Aug | 1-Dec | 19-Aug | 2-Dec | 20-Aug | 3-Dec | 21-Aug | 4-Dec | 22-Aug | 5-Dec | 23-Aug | 6-Dec |
| | 21-Sep | | 22-Sep | | 23-Sep | | 24-Sep | | 25-Sep | | 26-Sep | | 27-Sep | |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 19-Apr | | 20-Apr | | 21-Apr | | 22-Apr | | 23-Apr | | 24-Apr | | 25-Apr |
| | | 24-May | | 25-May | | 26-May | | 27-May | | 28-May | | 29-May | | 30-May |
| | | 28-Jun | | 29-Jun | | 30-Jun | | | | | | | | |

Menu subject to change due to food item(s) availability.

IDOC 007386

Illinois Department of Corrections
Food Services

Fiscal Year 2015 — Master Menu - Two Meals

**Wk 4**

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CREAMED CHICKEN | | HAMBURGER PATTY | | BUFFALO CHICKEN PATTY | | OVEN-FRIED CHICKEN | | GRILLED HOTDOG | | SPAGHETTI W/ MEAT SAUCE | | CLUB SANDWICH | |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk |
| Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice |
| Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal |
| Entrée | 1/2c | Pulled Chicken | 1ea | Hamburger Patty | 1ea | Chicken Patty | 1qrt | OF Chicken | 1ea | Hotdog | 1/2c | Ground Turkey | 4oz | Bologna/Salami |
| | 1/4c | Creamed Sauce | | | 1/4c | Buffalo Sauce | 1/4c | Gravy | | | 1/4c | Tomato Sauce | 1sl | Cheese |
| Starch | 1c | Mashed Potatoes | 1c | French Fries | 1c | Seas. Pinto Beans | 1c | Steamed Rice | 1c | Potato Rounds | 1c | Spaghetti Ndls. | 1c | Pasta Salad |
| Veg. | 3/4c | Corn | 3/4c | Broccoli | 3/4c | Mixed Vegetables | 3/4c | Peas | 3/4c | Baked Beans | 3/4c | Corn | | |
| Salad | | | | | | | 1c | Lettuce Salad | | | | | 1/2c | Marinated Bean Sld |
| Dessert | 1/2c | Pudding | 1svg | Cookies | 1/2c | Gelatin | 1svg | Cake | 1/2c | Gelatin | 3/4c | Fruit Crisp | 1svg | Fruit |
| Bread | 1ea | Biscuit | 1ea | Hamburger Bun | 1ea | Hamburger Bun | 2ea | Dinner Roll | 1ea | Hotdog Bun | 1pc | Garlic Bread | 2sl | White Bread |
| Bread | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll | 4ea | Margarine | 1ea | Dinner Roll | 1 ea | Dinner Roll | 1ea | Dinner Roll |
| Cond. | 4ea | Margarine | 2ea | Margarine | 2ea | Margarine | 1pkt | Salad Dressing | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond. | | | 3pkt | Catsup | | | | | 2pkt | Catsup | 1T | Parmesan Cheese | 1pkt | Mayo/Mustard |
| | | | 1pkt | Mustard | | | | | 1pkt | Mustard/Relish | | | | |
| | SLOPPY JOE | | TURKEY HAM | | MEATBALL SUB | | GRILLED HAM AND CHEESE | | GOULASH | | FISH PATTY | | BURRITO | |
| Entrée | 1/2c | Sloppy Joe | 4oz | Turkey Ham | 4ea | Meatballs | 4oz | Turkey Ham | 1/2c | Ground Turkey | 1ea | Fish Patty | 1/2c | Burrito Meat |
| | | | | | 1/4c | Marinara Sauce | 1sl | Cheese | 1/4c | Sauce | | | 1T | Cheddar Cheese |
| Starch | 1c | Fresh Potatoes | 1c | Red Beans/Rice | 1c | Seas. Rotini Ndls. | 1c | Potato Salad | 1c | Macaroni | 1c | Baked Beans | 1c | Seas. Pinto Beans |
| Veg. | 3/4c | Green Beans | 3/4c | Cooked Carrots | 3/4c | Cooked Cabbage | 3/4c | Peas/Carrots | 3/4c | Green Beans | 3/4c | Seas. Tomatos | 3/4c | Florentine Vegs. |
| Salad | | | 1c | Lettuce Salad | | | | | | | | | | |
| Dessert | 1svg | Brownie | 1/2c | Pudding | 1svg | Fruit | 1/2c | Sherbet | 1svg | Fruit | 1/2c | Gelatin | 1svg | Cake |
| Bread | 1ea | Hamburger Bun | 1pc | Cornbread | 1ea | Hotdog Bun | 2sl | White Bread | 1ea | Dinner Roll | 1ea | Hamburger Bun | 1ea | Flour Tortilla |
| Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk |
| Cond. | 2ea | Margarine | 2ea | Margarine | 1/4c | Peppers/Onions | | | 2ea | Margarine | 1pkt | Tartar Sauce | 1/4c | Salsa |
| Cond. | 3ea | Pickle Slices | 1pkt | Salad Dressing | | | | | | | 3ea | Pickle Slices | | |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20-Jul | | 21-Jul | | 22-Jul | | 23-Jul | 1-Oct | 24-Jul | 2-Oct | 25-Jul | 3-Oct | 26-Jul | 4-Oct |
| | 24-Aug | 2-Nov | 25-Aug | 3-Nov | 26-Aug | 4-Nov | 27-Aug | 5-Nov | 28-Aug | 6-Nov | 29-Aug | 7-Nov | 30-Aug | 8-Nov |
| | 28-Sep | 7-Dec | 29-Sep | 8-Dec | 30-Sep | 9-Dec | | 10-Dec | | 11-Dec | | 12-Dec | | 13-Dec |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 26-Apr | | 27-Apr | | 28-Apr | | 29-Apr | | 30-Apr | | 1-May | | 2-May |
| | | 31-May | | 1-Jun | | 2-Jun | | 3-Jun | | 4-Jun | | 5-Jun | | |

Menu subject to change due to food item(s) availability.

IDOC 007387

Illinois Department of Corrections
Food Services

**Fiscal Year 2015** — Master Menu - Two Meals

**Wk 5**

| | SUNDAY | | MONDAY | | TUESDAY | | WEDNESDAY | | THURSDAY | | FRIDAY | | SATURDAY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROAST PORK/TURKEY HAM | | HORSESHOE | | TAMALES AND CHILI | | GRILLED CHEESE AND TOMATO SOUP | | POLISH SAUSAGE | | CHICKEN NUGGETS | | PIZZA WRAP | |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk |
| Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice | 4 oz | Juice |
| Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal | 1c | Hot Cereal |
| Entrée | 4oz | Rst. Pork/T.Ham | 1ea | TC Sausage Patty | 2ea | Tamales | 2sl | American Cheese | 1ea | Polish Sausage | 4oz | Chicken Nuggets | 1/2c | Ground Turkey |
| | 1/4c | Gravy | 1/4c | Cheese Sauce | 1c | Chili + 1T Cheese | 1c | Tomato Soup | 1T | Chopped Onion | | | 1/4c | Pizza Sauce |
| Starch | 1c | Bread Dressing | 1c | French Fries | 1c | Steamed Rice | | | 1c | Scalloped Potatoes | 1c | Rotini/Tomatoes | 1c | Seasoned Rice |
| Veg. | 3/4c | Green Beans | 3/4c | Broccoli | | | 3/4c | Mixed Vegetables | 3/4c | Cooked Cabbage | | | 3/4c | Peas/Carrots |
| Salad | | | | | 1/2c | Zesty Tomato Sld | | | | | 1/2c | Coleslaw | 1c | Lettuce Salad |
| Dessert | 1/2c | Fruit Crisp | 1svg | Cookies | 1/2c | Gelatin | 1/2c | Pudding | 1/2c | Gelatin | 1svg | Fruit | 1svg | Cake |
| Bread | 2ea | Dinner Roll | 2sl | White Bread | 1pkt | Crackers | 2sl | White Bread | 1ea | Hotdog Bun | 2sl | Wheat Bread | 1ea | Flour Tortilla |
| Bread | 4ea | Margarine | 1ea | Dinner Roll | 1ea | Dinner Roll | 2pkt | Crackers | 1ea | Dinner Roll | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Cond. | | | 2ea | Margarine | 2ea | Margarine | 3ea | Pickle Slices | 2ea | Margarine | 4ea | Margarine | 2ea | Margarine |
| Cond. | | | | | 1T | Chopped Onion | | | 1pkt | Mustard | 2pkt | Ranch Dressing | 1pkt | Salad Dressing |
| | | | | | | | | | 1pkt | Relish | | | 1T | Shredded Mozz. |
| | TACOS | | BAKED CHICKEN | | TATOR TOT CASSEROLE | | CHICKEN PATTY | | MEATLOAF | | CHEESEBURGER MAC | | CHICKEN AND NOODLES | |
| Entrée | 1/2c | Taco Meat | 1qrt | Baked Chicken | 1/2c | Ground Turkey | 1ea | Chicken Patty | 4oz | Meatloaf | 1/2c | Ground Turkey | 1/2c | Pulled Chicken |
| | 1T | Shredded Cheddar | 1/4c | Gravy | 1/4c | Sauce | 1/4c | Gravy | 1/4c | Gravy | 1/4c | Cheese Sauce | 1/2c | Sauce |
| Starch | 1c | Red Beans/Rice | 1c | Mashed Potatoes | 1c | Potato Rounds | 1c | Steamed Rice | 1c | Mashed Potatoes | 1c | Macaroni | 1c | Rotini Noodles |
| Veg. | 3/4c | Corn | 3/4c | Cooked Carrots | 3/4c | Peas | 3/4c | Florentine Vegs. | 3/4c | Corn | 3/4c | Broccoli | 3/4c | Green Beans |
| Salad | 1c | Shredded Lettuce | | | 1c | Lettuce Salad | | | | | | | | |
| Dessert | 1/2c | Gelatin | 1ea | Sherbet | 1svg | Cake | 1svg | Fruit | 1svg | Brownie | 1/2c | Pudding | 1svg | Fruit |
| Bread | 3ea | Corn Shells | 1ea | Dinner Roll | 1ea | Dinner Roll | 2sl | Wheat Bread | 2sl | Wheat Bread | 1ea | Dinner Roll | 1ea | Dinner Roll |
| Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk | 8 oz. | Milk |
| Cond. | 1/4c | Salsa | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine | 2ea | Margarine |
| Cond. | | | | | 1pkt | Salad Dressing | | | | | | | | |

| | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd | 1st | 2nd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 27-Jul | 5-Oct | 28-Jul | 6-Oct | 29-Jul | 7-Oct | 30-Jul | 8-Oct | 31-Jul | 9-Oct | 1-Aug | 10-Oct | 2-Aug | 11-Oct |
| | 31-Aug | 9-Nov | 1-Sep | 10-Nov | 2-Sep | 11-Nov | 3-Sep | 12-Nov | 4-Sep | 13-Nov | 5-Sep | 14-Nov | 6-Sep | 15-Nov |
| | | 14-Dec | | 15-Dec | | 16-Dec | | 17-Dec | | 18-Dec | | 19-Dec | | 20-Dec |
| | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th | 3rd | 4th |
| | | 3-May | | 4-May | | 5-May | | 1-Apr | | 2-Apr | | 3-Apr | | 4-Apr |
| | | 7-Jun | | 8-Jun | | 9-Jun | | 6-May | | 7-May | | 8-May | | 9-May |
| | | | | | | | | 10-Jun | | 11-Jun | | 12-Jun | | |

Menu subject to change due to food item(s) availability.

IDOC 007388