IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL KARIM, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15 C 4803 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | Judge Presiding |
| MICHAEL LEMKE, et al., | ) | |
| | ) | Honorable Judge Susan E. Cox |
| Defendants. | ) | Magistrate Judge |

## DECLARATION OF ROYCE BROWN-REED

I, Royce Brown-Reed, upon penalty of perjury, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently retired from my employment with the Illinois Department of Corrections ("IDOC").
2. Between 2013 and 2015, I was employed at Stateville Correctional Center ("Stateville") as the facility's Healthcare Unit Administrator ("HCUA").
3. As Stateville HCUA, I had oversight responsibilities regarding offenders' access to medical care.
4. As HCUA, I did not have any responsibility to maintain the safety and security of the prison grounds or facilities, to respond to prisoner complaints regarding maintenance, or to create work orders. I was not involved in facility maintenance or repairs.
5. Furthermore, as HCUA, I did not have the authority to authorize maintenance or repairs of the facility.
6. Rather, I am a medical professional who worked on the administrative side within the Healthcare Unit to monitor offender access to medical care.

I have read the foregoing paragraphs and affirm that they are true and correct to the best of my knowledge and belief.

1

1

01/12/2017
**Date:**

Royce Brown-Reed

2