UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL KARIM, | |
| Plaintiff, | Case No.: 15 C 4803 |
| v. | Honorable Virginia M. Kendall<br>Judge Presiding |
| MICHAEL LEMKE, et al., | Honorable Judge Susan E. Cox<br>Magistrate Judge |
| Defendants. | |

### MOTION TO WITHDRAW AS COUSEL OF RECORD FOR PLAINTIFF SAMUEL KARIM

Pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois, counsel for Samuel Karim, Ken Moll of Moll Law Group, hereby requests the Court to allow for the withdrawal as counsel of record for Samuel Karim. The undersigned currently is listed as counsel for Samuel Karim and hereby requests withdrawal and in support thereof states:

1. On November 05, 2015, this Court recruited Ken Moll to represent the plaintiff in this matter.

2. On January 12, 2017, all defendants filed motions for summary judgement or partial summary judgement.

3. Responses to the summary judgement motions are currently due on April 24, 2017; Replies are due on May 08, 2017.

4. Plaintiff and Plaintiff's counsel have reached an impasse and are unable to resolve differences as to the direction of this case.

5. Plaintiff requests that this Court enter an order extending the dispositive motion schedule indefinitely, allow Ken Moll of Moll Law Group to withdraw as plaintiff's counsel and appoint new counsel to this matter.

WHEREFORE, Ken Moll of Moll Law Group, requests his Honorable Court to grant his Motion to Withdraw, extend the dispositive motion schedule indefinitely until new counsel is appointed.

Respectfully Submitted,

MOLL LAW GROUP, LTD.

/s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com
*ATTORNEYS FOR PLAINTIFF*